IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEVIN R. ROBBINS,

        Defendant.

4:16CR3109

**ORDER**

IT IS ORDERED:

1)     Defendant's motion to temporarily modify conditions of release, (Filing No. 27), is granted.

2)     Defendant is permitted to leave the State of Nebraska to visit his parents and other family for Thanksgiving in Hanover, Kansas from the morning of November 24, 2016, returning home no later than the evening of November 24, 2016.

November 22, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge