IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16CR3109 |
| vs. | |
| KEVIN R. ROBBINS, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 28) is granted.

2) The Court's prior release order, (Filing No. 21) is modified as follows:

   Defendant is allowed to reside in Lincoln, Nebraska. The third party custodian requirement is eliminated.

3) The defendant shall comply with all other terms and conditions of his pretrial release.

November 28, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge